THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Phillip Hollis Sherman, Appellant.
 
 
 
 
 

Appeal From Greenville County
John C. Few, Circuit Court Judge

Unpublished Opinion No. 2010-UP-088
 Submitted January 4, 2010  Filed February
3, 2010    

Affirmed

 
 
 
 Appellate Defender LaNelle C. DuRant, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Salley W. Elliott, and Senior Assistant Attorney General Norman Mark Rapoport,
 all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM: Phillip
 Sherman appeals from his conviction for failure to stop for a blue light.  We affirm[1] pursuant to Rule 220(b)(1), SCACR,
 and the following authorities:  State
 v. Simpson, 325 S.C. 37, 42, 479 S.E.2d 57, 60 (1996) (holding a ruling in
 limine is not a final ruling on the admissibility of evidence, and unless
 an objection is made at the time the evidence is offered and a final ruling is
 made, the issue is not preserved for review);  State v. Benton, 338 S.C.
 151, 156-57, 526 S.E.2d 228, 231 (2000) (stating an issue is not preserved for
 appeal when the issue is conceded at trial); State v. Avery, 333 S.C.
 284, 296, 509 S.E.2d 476, 483 (1998) (holding that when an appellant fails to
 object to a jury charge, the issue is not preserved for appeal).
Affirmed.
SHORT, THOMAS, and
 KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.